**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**LARRY KLAYMAN,**

      **Plaintiff,**

**v.**                            **Case No. 4:26-cv-104-AW-MJF**

**J. LEE MARSH, et al.,**

      **Defendants.**

_____/

**ORDER STRIKING COMPLAINTS AND
VACATING REPORT AND RECOMMENDATION**

On its own motion, the court strikes the complaint and the amended complaint (ECF Nos. 1, 11). Each is a shotgun complaint because each incorporates all counts into all prior counts. *See Weiland v. Palm Beach Cnty. Sheriff's Off.*, 792 F.3d 1313, 1321 (11th Cir. 2015) ("The most common type [of shotgun pleading]—by a long shot—is a complaint containing multiple counts where each count adopts the allegations of all preceding counts, causing each successive count to carry all that came before and the last count to be a combination of the entire complaint."). Each also violates the court's local rules, which limit *pro se* civil rights complaints to 25 pages. *See* N.D. Fla. Loc. R. 5.7(B).

The court also vacates the report and recommendation (ECF No. 12) on its own motion. Until there is a compliant complaint, there is no need to consider the

1

*Rooker Feldman* issues that the report and recommendation raises. Plaintiff's motion to vacate the report and recommendation (ECF No. 13) is DENIED as moot.

If Plaintiff wishes to proceed with this case, he must file a new complaint that complies with the court's local rules and is not a shotgun pleading. His deadline to do so is 14 days from the date of this order.

SO ORDERED on April 6, 2026.

s/ *Allen Winsor*
Chief United States District Judge

2